(Official Form 1) (10/05)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**KER Supply Co., Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FKA Rodken, Inc.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**36-4013236** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |
| Street Address of Debtor (No. & Street, City, and State):<br>**511 C. Oakleaf Court**<br>**Joliet, IL**<br>ZIP Code **60436** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Will** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**1301 Rock Run Dr.**<br>**Apt. 103**<br>**Joliet, IL**<br>ZIP Code **60435** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
☑ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and provide the information requested below.)
   State type of entity:

**Nature of Business**
(Check all applicable boxes.)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Nonprofit Organization qualified under 26 U.S.C. § 501(c)(3)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)

☐ Consumer/Non-Business
☑ Business

**Filing Fee** (Check one box)

☑ Full Filing Fee attached

☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million.

**Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1000-<br>5,000 | 5001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

(Official Form 1) (10/05)  FORM B1, Page 2

| Voluntary Petition<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**KER Supply Co., Inc.** |
| --- | --- |

**Prior Bankruptcy Case Filed Within Last 8 Years** (If more than one, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| --- | --- | --- |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| --- | --- | --- |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
| --- | --- |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.<br>I further certify that I delivered to the debtor the notice required by §342(b) of the Bankruptcy Code.<br><br>X _____<br>Signature of Attorney for Debtor(s)          Date |

| Exhibit C | Certification Concerning Debt Counseling<br>by Individual/Joint Debtor(s) |
| --- | --- |
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No | ☐ I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition.<br><br>☐ I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances. (Must attach certification describing.) |

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

(Official Form 1) (10/05)                                                                 FORM B1, Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **KER Supply Co., Inc.** |

Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by §342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by §1515 of title 11 are attached.

☐ Pursuant to §1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney

X  **/s/ John C. Renzi -**
_____
Signature of Attorney for Debtor(s)

**John C. Renzi - #03124627**
Printed Name of Attorney for Debtor(s)

**JUNE, PRODEHL & RENZI - #03124627**
Firm Name

**1861 Black Road**
**Joliet, IL 60435**



Address

**(815) 725-8000  Fax: (815)725-6126**
Telephone Number

**March 13, 2006**
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankrutcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ J. Rodney Saddler**
_____
Signature of Authorized Individual

**J. Rodney Saddler**
Printed Name of Authorized Individual

**Owner/President**
Title of Authorized Individual

**March 13, 2006**
Date

Form 6-Summary
(10/05)

# United States Bankruptcy Court

## Northern District of Illinois

In re   **KER Supply Co., Inc.**                                      ,      Case No. _____

                                                 Debtor

                                                          Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities."

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 444,793.98 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 18,088.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 4 | | 172,460.36 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 17 | | 924,754.40 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 30 | | | |
| Total Assets | | | 444,793.98 | | |
| Total Liabilities | | | | 1,115,302.76 | |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                                    Best Case Bankruptcy

Form B6A
(10/05)

In re   **KER Supply Co., Inc.** _____,   Case No. _____
                                                    Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

_**0**_   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

Form B6B
(10/05)

In re    **KER Supply Co., Inc.** _____,    Case No. _____
                                      Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **checking(1st Midwest Bank)(seized per court order)(est)** | - | 24,500.00 |
| | | **checking(1st Community Bank)(est)** | - | 9,800.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Security Deposit with Landlord(Anthony Romano)** | - | 1,500.00 |
| | | **Security Deposit with Landlord  (Montana Investors)** | - | 7,100.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        **42,900.00**
(Total of this page)

__3__ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

Form B6B
(10/05)

In re  **KER Supply Co., Inc.**
_____,      Case No. _____
Debtor

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts receivables total (includes long term)(current $84,793.39)** | - | 131,517.35 |
| | | **NOTE* Individual Customer amounts with addresses held by counsel** | - | 0.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | | **Yet to Be Billed Accounts Receivable(goods delivered within 30 days to customers)(est)** | - | 10,000.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >        141,517.35
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6B
(10/05)

In re **KER Supply Co., Inc.** ,   Case No. _____

Debtor

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Company Goodwill** | - | **Unknown** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | **Customer List(est)(subject to rapid depreciation as client base secures replacement vendors)** | - | **50,000.00** |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2001 Chevy Van(p.l.)** | - | **9,050.00** |
| | | **2001 Chevy Van(p.l.)** | - | **9,050.00** |
| | | **2001 Chevy Van(p.l.)** | - | **9,050.00** |
| | | **1999 International(leased/f.l.)** | - | **15,000.00** |
| | | **2000 International(p.l.)** | - | **17,500.00** |
| | | **1994 International(uninsured/inoperable)** | - | **0.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Misc. Office equipment(includes couch, 31 file cabinets, 22 shelving systems, 16 desks, and misc. office furnshings, copier, fax, and additional office equipment)(est)** | - | **2,500.00** |
| | | **Misc. Appliances(including 3 refrigerators, 2 air conditioners)(est)** | - | **500.00** |
| | | **Phone System(7 phones)(est)** | - | **500.00** |

Sub-Total >   113,150.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037   Best Case Bankruptcy

Form B6B
(10/05)

In re **KER Supply Co., Inc.**                                     ,        Case No. _____

                                    Debtor

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Computer network(printer, 7 pc's, and server with leased software)(est) | - | 3,000.00 |
| | | Note: Complete inventory of equipment and furnishing and fixtures held by counsel for Debtor | - | 0.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Yale Forklift | - | 1,000.00 |
| | | 3 pallett jacks(2 in possession of Debtor) | - | 1,350.00 |
| | | Misc. Equipment(includes 4 dollies, 2 two wheel drum trucks, 4 ladders) | - | 400.00 |
| 30. Inventory. | | Addison Office(current replacement value) | - | 26,045.18 |
| | | Joliet office(current replacement value) | - | 115,431.45 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 147,226.63 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 444,793.98 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6D
(10/05)

In re  **KER Supply Co., Inc.**
_____,   Case No. _____
Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C§112; Fed.R.Bankr.P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **0007008204** | | | **2000 International(p.l.)** | | | | | |
| **Bank of the West** **P.O. Box 4002** **Concord, CA 94524-4002** | - | | | | | | | |
| | | | Value $      **17,500.00** | | | | **10,100.00** | **0.00** |
| Account No. | | | **2001 Chevy Van(p.l.)** | | | | | |
| **Great Bank of Algonquin** **234 S. Randall Rd.** **Algonquin, IL 60102** | - | | | | | | | |
| | | | Value $       **9,050.00** | | | | **2,500.00** | **0.00** |
| Account No. | | | **2001 Chevy Van(p.l.)** | | | | | |
| **Hinsdale Bank & Trust Company** **25 E.First St.** **Hinsdale, IL 60521** | - | | | | | | | |
| | | | Value $       **9,050.00** | | | | **2,744.00** | **0.00** |
| Account No. | | | **2001 Chevy Van(p.l.)** | | | | | |
| **Hinsdale Bank & Trust Company** **25 E.First St.** **Hinsdale, IL 60521** | - | | | | | | | |
| | | | Value $       **9,050.00** | | | | **2,744.00** | **0.00** |

__1__ continuation sheets attached

Subtotal
(Total of this page)      **18,088.00**

Form B6D - Cont.
(10/05)

In re    **KER Supply Co., Inc.**                                              ,    Case No. _____

                                        Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **Option to Buy** | | | | | |
| **Navistar Leasing** **P.O. Box 98454** **Chicago, IL 60693** | - | | **1999 International(leased/f.l.)** | | | | | |
| | | | Value $                **15,000.00** | | | | **Unknown** | **Unknown** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  |  |
|---|---|
| Subtotal (Total of this page) | **0.00** |
| Total (Report on Summary of Schedules) | **18,088.00** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                        Best Case Bankruptcy

Form B6E
(10/05)

In re __**KER Supply Co., Inc.**_____,    Case No. _____

Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C.§112; Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community". If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. If applicable, also report this total on the Means Test form.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic support obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C § 507 (a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**3**_____ continuation sheets attached

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6E - Cont.
(10/05)

In re  **KER Supply Co., Inc.**                                                              , Case No. _____

                                        Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **XXX-XX-8209**<br><br>**Anatoli Beliak**<br>**2030 Lancaster Lane**<br>**Apt. 2d**<br>**Wheaton, IL 60187** | - | | **Outstanding Wages** | | | | 435.50 | 435.50 |
| Account No. **XXX-XX_7270**<br><br>**Daniel J. Hare**<br>**1453 Sterling Ave.**<br>**Joliet, IL 60432** | - | | **Outstanding Wages** | | | | 344.00 | 344.00 |
| Account No. **XXX-XX-1675**<br><br>**Helen M. Browning**<br>**1619 Richmond Circle**<br>**#107**<br>**Joliet, IL 60435** | - | | **Outstanding Wages** | | | | 475.88 | 475.88 |
| Account No. **XXX-XX-2157**<br><br>**J. Rooney Saddler**<br>**1301 Rock Run Dr.**<br>**Apt. 103**<br>**Crest Hill, IL 60435** | - | | **Outstanding wages(due for 7/04 to present)** | | | | 98,400.00 | 10,000.00 |
| Account No. **XXX-XX-2546**<br><br>**James C. Giggleman**<br>**555 Roseanne Ln.**<br>**Lockport, IL 60441** | - | | **Outstanding wages** | | | | 473.00 | 473.00 |

Sheet __1__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| 100,128.38 | 11,728.38 |
|---|---|

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6E - Cont.
(10/05)

In re    **KER Supply Co., Inc.**                                                    Case No. _____
                                    **Debtor**

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **XXX-XX-8010** <br><br> **Judith M. Ulrich** <br> **1773 Zepplin Dr.** <br> **Hanover Park, IL 60133** | | - | **Outstanding Wages** | | | | 256.00 | 256.00 |
| Account No. **XXX-XX-5777** <br><br> **Mark Feil** <br> **826 Holiday Dr.** <br> **Sandwich, IL 60458** | | - | **Outstanding Wages** | | | | 860.00 | 860.00 |
| Account No. **XXX-XX-8975** <br><br> **Sandra K. Cooper** <br> **215 Henry** <br> **Manhattan, IL 60442** | | - | **Outstanding Wages** | | | | 604.18 | 604.18 |
| Account No. **XXX-XX-1587** <br><br> **Scott G. Heiland** <br> **647 Barber Lane** <br> **Joliet, IL 60435** | | - | **Outstanding wages** | | | | 611.80 | 611.80 |
| Account No. | | | | | | | | |

Sheet __2__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | 2,331.98 | 2,331.98 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6E - Cont.
(10/05)

In re     **KER Supply Co., Inc.**                                              ,     Case No. _____

                                                   Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **36-4013236**<br><br>**Illinois Dept. of Employment Securi Benefit Repayments P.O. Box 19286 Springfield, IL 62794** | X | - | **Contribution for 2006** | | | | Unknown | 0.00 |
| Account No. **36-4013236**<br><br>**Illinois Dept. of Revenue Banruptcy Section P.O. Box 64338 Chicago, IL 60664** | X | - | **Sales Tax est.** | | | | 70,000.00 | 70,000.00 |
| Account No. **36-4013236**<br><br>**Illinois Dept. of Revenue Banruptcy Section P.O. Box 64338 Chicago, IL 60664** | | - | **Potential 941 taxes for 2006** | | | | Unknown | 0.00 |
| Account No. **36-4013236**<br><br>**Internal Revenue Service P.O. Box 21126 Philadelphia, PA 19114** | X | - | **Potential 941 tax liability for 2006** | | | | Unknown | 0.00 |
| Account No. **36-4013236**<br><br>**Internal Revenue Service P.O. Box 21126 Philadelphia, PA 19114** | | - | **2002, 2003, 2004, 2005, (corp - 1120 taxes)** | | | | Unknown | 0.00 |

Sheet __3__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 70,000.00 | 70,000.00 |
| Total (Report on Summary of Schedules) | 172,460.36 | 84,060.36 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F
(10/05)

In re    **KER Supply Co., Inc.**                                    Case No. _____
                                                    ,
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C.§112; Fed.R.Bankr.P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | - | | | Business Debt | | | | |
| **Aargus Plastics, Inc.** **540 Allendale Drive** **Wheeling, IL 60090** | | | | | | | | | **5,058.20** |
| Account No. | | - | | | Business Debt | | | | |
| **Acme Packaging Systems** **19 W. 751 101st Street** **Lemont, IL 60439** | | | | | | | | | **96.02** |
| Account No. | | - | | | Business Debt | | | | |
| **Activant Solutions, Inc.** **19 West College Ave.** **Yardley, PA 19064** | | | | | | | | | **1,096.53** |
| Account No. **05 - KERSUP** | | - | | | Business Debt | | | | |
| **Air Filter Engineers, Inc.** **901 Elizabeth St.** **Elgin, IL 60120** | | | | | | | | | **280.42** |

___16___ continuation sheets attached

Subtotal
(Total of this page)                                    **6,531.17**

Form B6F - Cont.
(10/05)

In re **KER Supply Co., Inc.** , Case No. _____
Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Allied Waste Services** <br> **P.O. Box 9001154** <br> **Louisville, KY 40290-1154** | | - | | **Business Utility** | | | | 49.50 |
| Account No. 3717306645-81009 <br><br> **American Express** <br> **P.O. Box 360002** <br> **Fort Lauderdal, FL 33336-0002** | | - | | **Business Debt** | | | | 19,026.52 |
| Account No. <br><br> **Bank of America** <br> **P.O. Box 1070** <br> **Newark, NJ 07101-1070** | | - | | **Business Debt** | | | | 17,361.41 |
| Account No. **436KER** <br><br> **Battery Services Corp.** <br> **Attn: Ray** <br> **410S. Evergreen Street** <br> **Bensenville, IL 60106** | | - | | **Business Debt** | | | | 3,681.83 |
| Account No. <br><br> **Bill Jacobs Joliet, L.L.C.** <br> **2001 W. Jefferson St.** <br> **Joliet, IL 60435** | | - | | **Business Debt** | | | | 1,631.88 |
| Sheet no. __1__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | Subtotal <br> (Total of this page) | | | 41,751.14 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(10/05)

In re    **KER Supply Co., Inc.**                                   ,        Case No. _____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Bio Star Films, L.L.C.** <br> **P.O. Box 2507** <br> **Bridgeview, IL 60455** | - | | | **Business Debt** | | | | 847.50 |
| Account No. <br><br> **Blakeman's** <br> **1760 Gilsinn Lane** <br> **Fenton, MO 63026** | - | | | **Business Debt** | | | | 968.72 |
| Account No. **KER SUPPLY** <br><br> **BN Cardz, Inc.** <br> **1205 Ashford Lane** <br> **Joliet, IL 60431** | - | | | **Business Debt** | | | | 545.00 |
| Account No. **10296** <br><br> **Bobrick Washroom Eq. Inc.** <br> **Rolfe Sanders** <br> **9933 Lauder** <br> **Skokie, IL 60077** | - | | | **Business Debt** | | | | 288.46 |
| Account No. <br><br> **Canberra Corporation** <br> **3610 Holland Corporation** <br> **Toledo, OH 43615** | - | | | **Business Debt** | | | | 19,801.83 |

Sheet no. __2__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                22,451.51

Form B6F - Cont.
(10/05)

In re    **KER Supply Co., Inc.**                                    ,    Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **781260-2442371841**<br><br>**Capital One F.S.B.**<br>**Remittance Processing**<br>**P.O. Box 34631**<br>**Seattle, WA 98124** | | - | **Business Debt** | | | | **46,433.65** |
| Account No. **4802 1322 7187 3732**<br><br>**Capital One F.S.B.**<br>**Remittance Processing**<br>**P.O. Box 34631**<br>**Seattle, WA 98124** | | - | **Business Debt** | | | | **21,082.64** |
| Account No. **Ker Supply**<br><br>**Carnow & Associates, Ltd.**<br>**778 Frontage Rd.**<br>**Suite 101**<br>**Northfield, IL 60093** | | - | **Business Debt** | | | | **1,015.50** |
| Account No. **7442721**<br><br>**Champion Packaging**<br>**1840 International Pkwy.**<br>**Woodridge, IL 60517** | | - | **Business Debt** | | | | **311.76** |
| Account No.<br><br>**Chase Card Services**<br>**P.O. Box 8650**<br>**Wilmington, DE 19899-8650** | | - | **Business Debt** | | | | **11,598.07** |

Sheet no. __3__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **80,441.62**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **KER Supply Co., Inc.**                                              ,   Case No. _____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Chem-Master** <br> **Attn: Karl Kubon** <br> **715 Estes Ave.** <br> **Schaumburg, IL 60193** | | - | | | Business Debt | | | | 832.56 |
| Account No. <br><br> **City of Joliet** <br> **150 W. Jefferson** <br> **Joliet, IL 60432** | | - | | | Business Utility | | | | 10.28 |
| Account No. **1988000** <br><br> **Claire Manufacturing Co.** <br> **1005 Westgate Dr.** <br> **Addison, IL 60101** | | - | | | Business Debt | | | | 78.25 |
| Account No. **3972029041 / 6184216042** <br><br> **Com Ed** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | | - | | | Business Utility | | | | 584.99 |
| Account No. <br><br> **Combined Machine Sales & Service In** <br> **707 E. Murry St.** <br> **Indianapolis, IN 46227** | | - | | | Business Debt | | | | 220.70 |

Sheet no. __4__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **1,726.78**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(10/05)

In re    **KER Supply Co., Inc.**                                                            ,    Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business Debt | | | | |
| Complete Salt Service, Inc. 6912 Main St. Ste. 214 Downers Grove, IL 60516 | | - | | | | | | 1,626.60 |
| Account No. **6635** | | | | Business Debt | | | | |
| CPC P.O. Box 667770 Pompano Beach, FL 33066-7770 | | - | | | | | | 219.89 |
| Account No. | | | | Business Debt | | | | |
| CPI Plastics Mid America 10680 88th Ave. Pleasant Prairie, WI 53158 | | - | | | | | | 24,404.40 |
| Account No. | | | | Business Debt | | | | |
| Crown Chemicals, Inc. 4701 W. 136th St. Crestwood, IL 60445 | | - | | | | | | 278.00 |
| Account No. | | | | Business Debt | | | | |
| DRI-RITE Co., Inc. 13636 Western Ave. Blue Island, IL 60406 | | - | | | | | | 1,125.00 |

Sheet no. __5__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

27,653.89

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(10/05)

In re    **KER Supply Co., Inc.**                                    , Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**EC Grow<br>Damon Express<br>1420 Thorndale<br>Elk Grove Village, IL 60007** | | - | | | Business Debt | | | | 3,045.87 |
| Account No.<br><br>**EDIC<br>1753 Blake Ave.<br>Los Angeles, CA 90031-1006** | | - | | | Business Debt | | | | 365.40 |
| Account No.<br><br>**Euroclean<br>Team One Sales<br>1325 Wiley Road, Ste. 165<br>Schaumburg, IL 60173-4368** | | - | | | Business Debt | | | | 195.60 |
| Account No.<br><br>**Ex-Cell<br>Attn: Barb Team One<br>11240 Melrose St.<br>Franklin Park, IL 60131-1340** | | - | | | Business Debt | | | | 482.00 |
| Account No.<br><br>**Exxon/Mobil<br>P.O. Box 4575<br>Carol Stream, IL 60197-4575** | | - | | | Business Debt | | | | 300.00 |

Sheet no. __6__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **4,388.87**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(10/05)

In re    **KER Supply Co., Inc.**                                                    ,    Case No. _____
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | - | | Business Debt | | | | |
| **Federal International Chemical Valspar Corporation 2841 S. Ashland Ave. Chicago, IL 60608-5397** | | | | | | | | | 1,217.11 |
| Account No. | | | - | | Business Debt | | | | |
| **Finkle Supply, Inc. Attn: Pat 1285 Hamilton Parkway Itasca, IL 60143** | | | | | | | | | 2,937.29 |
| Account No. 565550 | | | - | | Business Debt | | | | |
| **Flo-Pac Corp. Midwest Division 918 N.Third St. Minneapolis, MN 55401** | | | | | | | | | 600.00 |
| Account No. | | | - | | Business Debt | | | | |
| **Fort Dearborn Life 36548 Eagle Way Chicago, IL 60678-1365** | | | | | | | | | 144.54 |
| Account No. | | | - | | Business Debt | | | | |
| **Fox Valley Containers, Inc. 835 Commerce Pkwy. Carpentersville, IL 60110** | | | | | | | | | 828.44 |

Sheet no. __7__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **5,727.38**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **KER Supply Co., Inc.**                                                                    Case No. _____
                                                                    ,
                                                  Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Frantz Company<br>12314 W. Silver Spring Dr.<br>Milwaukee, WI 53225 | | - | Business Debt | | | | 1,065.46 |
| Account No.<br><br>Glaro, Inc.<br>735 Old Willets Path<br>Hauppauge, NY 11788 | | - | Business Debt | | | | 551.40 |
| Account No.<br><br>Graco Manufacturing Co.<br>One T & G Way<br>Blackwood, NJ 08012 | | - | Business Debt | | | | 729.05 |
| Account No.<br><br>H & S Mfg. Inc.<br>P.O. Box B<br>Williston, ND 58801 | | - | Business Debt | | | | 126.87 |
| Account No. **24300**<br><br>Impact Produts, Inc.<br>2840 Centinnial Rd.<br>Toledo, OH 43617 | | - | Business Debt | | | | 436.95 |

Sheet no. __8__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          2,909.73

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                     Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re  **KER Supply Co., Inc.** _____ ,  Case No. _____

Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | - | | Business Debt | | | | |
| J. Merle Jones 103 S. Larkin Ave. Joliet, IL 60436 | | | | | | | | 7,620.88 |
| Account No. **05 L 279** | X | - | | Business Debt - Judgment | | | | |
| Kenneth L. Schuttler c/o Steven P. Troy 5 E. Van Buren St., Ste. 306 Joliet, IL 60432 | | | | | | | | 499,657.82 |
| Account No. | | - | | Business Debt | | | | |
| Key Tech Corporation 20508 56th Ave. West Suite A Lynnwood, WA 98036 | | | | | | | | 1,408.00 |
| Account No. | | - | | Business Debt | | | | |
| Kutol, Inc. 305 Canal St. Lemont, IL 60439 | | | | | | | | 7.76 |
| Account No. | | - | | Business Debt | | | | |
| Manifest Funding Services P.O. Box 790448 Saint Louis, MO 63179-9048 | | | | | | | | Unknown |

Sheet no. __9__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

508,694.46

Form B6F - Cont.
(10/05)

In re  **KER Supply Co., Inc.**                                                    ,  Case No. _____
                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt - Credit Awarded | | | | |
| **Mark Feil 826 Holiday Dr. Sandwich, IL 60458** | | - | | | | | 82,285.91 |
| Account No. | | | Business Debt | | | | |
| **Maytag Services, LLC. P.O. Box 95906 Chicago, IL 60694-5906** | | - | | | | | 1,652.40 |
| Account No. | | | Business Debt | | | | |
| **Midwest Ind. Lightening Inc. 919 W. 38th St. Chicago, IL 60609** | | - | | | | | 126.00 |
| Account No. | | | Business Utility | | | | |
| **Nicor Gas Attn: Bankruptcy & Collections P.O. Box 549 Aurora, IL 60507** | | - | | | | | 5,345.71 |
| Account No. | | | Business Debt | | | | |
| **Nuance Solutions 900 E. 103rd Street Ste. D Chicago, IL 60628** | | - | | | | | 3,017.98 |

Sheet no. __10__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **92,428.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **KER Supply Co., Inc.** _____,   Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **162035**<br><br>**NYCO Products Co.**<br>**Attn: Customer Service**<br>**5332 Dansher Rd.**<br>**La Grange, IL 60525** | | - | | | Business Debt | | | | 3,145.01 |
| Account No.<br><br>**Ossian, Inc.**<br>**635 S. Elmwood Ave.**<br>**Davenport, IA 52808** | | - | | | Business Debt | | | | 5,865.30 |
| Account No.<br><br>**Palmer Packaging, Inc.**<br>**423 Grace Street**<br>**Addison, IL 60101** | | - | | | Business Debt | | | | 103.98 |
| Account No. **110173**<br><br>**Papercraft Inc.**<br>**Bunzel Chicago**<br>**1533 Davey Rd.**<br>**Woodridge, IL 60517** | | - | | | Business Debt | | | | 59,005.63 |
| Account No.<br><br>**Pitney Bowes Inc.**<br>**P.O. Box 85390**<br>**Louisville, KY 40285-5390** | | - | | | Business Debt | | | | 396.36 |

Sheet no. __11__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **68,516.28**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re  **KER Supply Co., Inc.**                                        ,  Case No. _____
                                              Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt | | | | |
| Producers Chemical Co. Attn: Brian 1355 S. River Rd. Batavia, IL 60510 | | - | | | | | 3,117.04 |
| Account No. | | | Business Debt | | | | |
| RAMROD Distributions 310 Beinoris Dr. Wood Dale, IL 60191 | | - | | | | | 136.88 |
| Account No. | | | Business Debt | | | | |
| Rendels Inc. 139 E. VanBuren St. Joliet, IL 60432 | | - | | | | | 1,282.01 |
| Account No. | | | Business Debt | | | | |
| Saalfield Redistribution | | - | | | | | 35,564.28 |
| Account No. | | | Business Debt | | | | |
| Sanfacon Industries | | - | | | | | 4,085.48 |

Sheet no. __12__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **44,185.69**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **KER Supply Co., Inc.**                                            ,          Case No. _____
                                         Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **63049562004730/81574427213457** <br><br> **SBC** <br>**Attn: Bankruptcy Desk** <br>**P.O. Box 769** <br>**Arlington, TX 76004-0769** | | - | | **Business Utility** | | | | **280.83** |
| Account No. <br><br> **Smith Lee** <br>**537 Pitch St.** <br>**Oneida, NY 13421** | | - | | **Business Debt** | | | | **76.91** |
| Account No. <br><br> **Special Vendor** | | - | | **Business Debt** | | | | **179.07** |
| Account No. **KER 10455** <br><br> **Specialmade R.M. Parts** <br>**141 Marcel Dr.** <br>**Winchester, VA 22602** | | - | | **Business Debt** | | | | **49.69** |
| Account No. <br><br> **SpillTec** <br>**Attn: Angie** <br>**1627 O'Donoghue Street** <br>**Mobile, AL 36615** | | - | | **Business Debt** | | | | **2,520.59** |

Sheet no. __**13**__ of __**16**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,107.09**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re **KER Supply Co., Inc.**                                                    Case No. _____
,
Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Stearns Packaging Corp.**<br>**P.O. Box 3216**<br>**Madison, WI 53704** | | - | **Business Debt** | | | | 295.43 |
| Account No.<br><br>**Tacony Corporation**<br>**3243 S. Jones St.**<br>**Fort Worth, TX 76110** | | - | **Business Debt** | | | | 570.65 |
| Account No.<br><br>**Tape Products Co.**<br>**1401 Davey Rd.**<br>**Woodridge, IL 60517** | | - | **Business Debt** | | | | 638.40 |
| Account No.<br><br>**The Vac Shop Incorporated**<br>**7514 West Belmont Ave.**<br>**Chicago, IL 60634** | | - | **Business Debt** | | | | 2,494.03 |
| Account No. **11033**<br><br>**Thorne Electric Co.**<br>**P.O. Box 18363**<br>**San Antonio, TX 78218** | | - | **Business Debt** | | | | 1,980.80 |

Sheet no. __14__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    5,979.31

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **KER Supply Co., Inc.**                                        ,      Case No. _____
                                      Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **18577** <br><br> **Tolco Corporation** <br> **1920 Linwood Ave.** <br> **Toledo, OH 43624** | | - | Business Debt | | | | 210.71 |
| Account No. <br><br> **Tornado Corporation** <br> **7401 W. Lawrence Ave.** <br> **Chicago, IL 60604** | | - | Business Debt | | | | 4,857.88 |
| Account No. <br><br> **TXF Products, Inc.** <br> **Team 1 Sales** <br> **1325 Wiley Rd, Ste. 165** <br> **Schaumburg, IL 60173** | | - | Business Debt | | | | 715.44 |
| Account No. <br><br> **Unger Enterprises** <br> **1325 Wiley Rd.** <br> **Suite 165** <br> **Schaumburg, IL 60173** | | - | Business Debt | | | | 415.43 |
| Account No. <br><br> **Vend-Rite Manufacturing** <br> **6029 W. 31st Street** <br> **Cicero, IL 60804** | | - | Business Debt | | | | 25.00 |

Sheet no. __15__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,224.46

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re __**KER Supply Co., Inc.**_____,    Case No. _____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt | | | | |
| **Village of Addison** **One Friendship Plaza** **Addison, IL 60101-2786** | - | | | | | | **17.17** |
| Account No. | | | Business Debt | | | | |
| **Viper** **P.O. Box 104** **Hamilton, MI 49419** | - | | | | | | **63.65** |
| Account No. | | | Business Debt | | | | |
| **Voss Equipment Inc.** **15241 S. Commercial Ave.** **Harvey, IL 60426** | - | | | | | | **1,322.05** |
| Account No. | | | Business Debt | | | | |
| **Waste Managment of Illinois Sewer** **2100 Moen Ave.** **Rockdale, IL 60436** | - | | | | | | **74.98** |
| Account No. | | | Business Debt | | | | |
| **Worldwide Marketing Association** **864 Groton Lane** **Bartlett, IL 60103** | - | | | | | | **559.17** |

Sheet no. __**16**__ of __**16**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,037.02**

Total
(Report on Summary of Schedules)    **924,754.40**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

Form B6G
(10/05)

In re    **KER Supply Co., Inc.**                                    ,    Case No. _____

Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112;  Fed.R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Activant Solutions** | **Leased propriety software(subject to cancellation - month to month lease)** |
| **ADP** | **Payroll account(month to month)** |
| **Anthony Romano** | **Addison Lease(Exp. 12/06)** |
| **Cingular Wireless** | **Cellular Contract(exp 2007)** |
| **JUNE, PRODEHL & RENZI, LLC** <br> **1861 Black Road** <br> **Joliet, IL 60435** | **Representation in Chapter 7 proceeding** |
| **Manifest Funding Services** <br> **P.O. Box 790448** <br> **Saint Louis, MO 63179-9048** | **Lease for software and computer system** |
| **Montana Investors** <br> **Joliet, IL 60435** | **Lease for Oak Leaf Court(no lease executed upon relocation to present site in April of 2004)** |
| **Rathbun, Cservanyck & Kozol** | **Defense of Civil Suit(ongoing)** |

__0__    continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6H
(10/05)

In re  **KER Supply Co., Inc.**                                        ,    Case No. _____

Debtor

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **J. Rodney Saddler**<br>**Crest Hill, IL 60435** | **Kenneth L. Schuttler**<br>**c/o Steven P. Troy**<br>**5 E. Van Buren St., Ste. 306**<br>**Joliet, IL 60432** |
| **See Above** | **Illinois Dept. of Revenue**<br>**Banruptcy Section**<br>**P.O. Box 64338**<br>**Chicago, IL 60664**<br>    **Flow through tax liability** |
| **See above** | **Internal Revenue Service**<br>**P.O. Box 21126**<br>**Philadelphia, PA 19114**<br>    **Flow through tax liability** |
| **See above** | **Illinois Dept. of Employment Securi**<br>**Benefit Repayments**<br>**P.O. Box 19286**<br>**Springfield, IL 62794** |

  **0**    continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Official Form 6-Decl.
(10/05)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **KER Supply Co., Inc.**

                           Debtor(s)

Case No.                    

Chapter    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the Owner/President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **31**   sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **March 13, 2006**                        Signature   **/s/ J. Rodney Saddler**

                                                            **J. Rodney Saddler**

                                                            **Owner/President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Official Form 7
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **KER Supply Co., Inc.**                                          Case No. _____

                                    Debtor(s)                    Chapter    **7**    _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $0.00 | 2005(unknown) |
| $0.00 | 2004(unknown) |
| $95,000.00 | 2006 ytd gross margin(est) |

**2. Income other than from employment or operation of business**

None
■    State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

**3. Payments to creditors**

None
■    *Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐    b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,000.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Misc. Vendors paid for product delivered** | **Unknown** | **$0.00** | **$0.00** |
| **Misc. Credit card payments** | **Unknown** | **$0.00** | **$0.00** |
| **Ken Schuttler** | **Cross Collaterlized account seized (2/06)** | **$159,000.00** | **$400,000.00** |
| **Ken Schuttler** | **Siezed 1st Midwest Bank account (3/06)** | **$24,500.00** | **$400,000.00** |
| **Mark Feil paid various accounts** | **Reimbsursement for business expenses paid via personal credit(unknwon amount) debt paid as business debt (paid accounts Citi, Hilton, Bank of America(2), MBNA, GM, Chase(2), Target)** | **$0.00** | **$10,000.00** |
| **Montanta Investors** | **Ongoing Rental paid monthly** | **$7,100.00** | **$0.00** |

None
☐    c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **J. Rodney Saddler** | **reimbursement for business expenses paid via personal credit(est)** | **$15,000.00** | **$0.00** |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Schuttler vs. KER Supply Co. Inc. & J. Rodney Saddler 05 L 279** | **Collection** | **Will County** | **Judgment** |

None ☐    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Ken Schuttler** | **3/06** | **1st Midwest Checkinf account($24,500.00 est.)** |

**5. Repossessions, foreclosures and returns**

None ☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Great Bank of Algonquin** | **3/06** | **Repossess Chevy Cargo Van(subject to lien)** |

**6. Assignments and receiverships**

None ☐    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|
| **Kenneth L. Schuttler c/o Steven P. Troy 5 E. Van Buren St., Ste. 306 Joliet, IL 60432** | **4/30/01 invoked 2/06** | **Cross Collaterization of account as part of buyout contract** |

None ☐    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| **Kenneth L. Schuttler c/o Steven P. Troy 5 E. Van Buren St., Ste. 306 Joliet, IL 60432** | **Schuttler v. KER Supply Co, Inc. & J. Rodney Saddler - 05 L 279** | **3/06** | **Pursuant to turnover order checking account seized(1st Midwest Bank)** |

4

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| **Kenneth L. Schuttler**<br>**c/o Steven P. Troy**<br>**5 E. Van Buren St., Ste. 306**<br>**Joliet, IL 60432** | **Schttler v.KER Supply Co. Inc. &**<br>**J. Rodney Saddler 05 L 279** | **Unknown** | **Pending Citation** |

### 7.  Gifts

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8.  Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9.  Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **JUNE, PRODEHL & RENZI, LLC**<br>**1861 Black Road**<br>**Joliet, IL 60435** | **3/13/06** | **$2,000.00 plus costs of**<br>**$350.00** |

### 10.  Other transfers

None
■

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None
☐

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |
| **Kenneth L. Schuttler c/o Steven P. Troy 5 E. Van Buren St., Ste. 306 Joliet, IL 60432** | **2/06** | **Applied cross collaterization on account to reduce balance owed** |
| **Kenneth Schuttler** | **3/06** | **Applied checking account funds to reduce balance owed** |
| **Montana Investors** | **3/06** | **Applied security Deposit to offset rental owed** |
| **Great Bank of Algonquin** | **3/06** | **Siezed vehicle for sale to reduce balance owed** |

**14. Property held for another person**

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| **Customer Machines(held for repair)** | **floor machines, vacuums(est. $1,000.00)** | **Joliet and/or Addison, IL** |

**15. Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| **590 Joyce Rd. Joliet, IL** | **KER Supply Co, Inc.** | **relocated 4/04** |

6

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **511 C Oakleaf Court Joliet, IL** | **KER Supply Co, Inc.** | **4/04 to present** |
| **1405 D. Bernard Ave. Addison, IL** | **KER Supply Co., Inc.** | **4/04-present** |

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

7

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **KER Supply Co., Inc.** | **36-4013236** | | **Janitorial & sanitary supply and distribution** | **2000 to present** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                            ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                            DATES SERVICES RENDERED
**Rodney Saddler**                                            **2004 - present**

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                          DATES SERVICES RENDERED

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                            ADDRESS
**Rodney Saddler**                                            **1301 Rock Run Apt. 103**
**President(J. Rodney Saddler)**                              **Crest Hill, IL 60435**

None ■   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                DATE ISSUED

### 20. Inventories

None ☐   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| **3/12/06** | **Rodney Saddler** | **$141,500(est)** |
| **2/28/06** | **Rodney Saddler** | **$150,000.00(est)** |

None ☐   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **3/12/06** | **J. Rodney Saddler**<br>**1301 Rock Run Dr.**<br>**Apt. 103**<br>**Joliet, IL 60435** |
| **2/28/06** | **J. Rodney Saddler**<br>**1301 Rock Run Dr.**<br>**Apt. 103**<br>**Crest Hill, IL 60435** |

### 21 . Current Partners, Officers, Directors and Shareholders

None ☐   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **J. Rodney Saddler**<br>**1301 Rock Run**<br>**Apt. 103**<br>**Crest Hill, IL 60435** | **Stockholder/director/president** | **100%** |

None ■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

### 22 . Former partners, officers, directors and shareholders

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

9

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■
If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■
If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **March 13, 2006**                Signature   **/s/ J. Rodney Saddler**
                                                    **J. Rodney Saddler**
                                                    **Owner/President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
### Northern District of Illinois

In re   **KER Supply Co., Inc.**

Debtor(s)

Case No.

Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ **2,000.00** |
| Prior to the filing of this statement I have received | $ **1,900.00** |
| Balance Due | $ **100.00** |

2. $ **274.00**  of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor   ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   **Bi-furcated retainer agreement distinguishing pre/post filing representations. Pre-filing consists of statutorily required review, exemption planning and drafting and review schedules.  Post fiing consists of attendance at first meeting, seeking reaffirmations with secured creditors and advising clients throughout with fees paid hourly post-filing. Negotiations to seek reaffirmations with secured creditors, filing of reaffirmation agreements and applications as needed. Note: Post-filing services to be paid at hourly rate per bi-furcated retainer agreement, with waiver of conflict and directing post-filing representation by counsel.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding. Note: If bifurcated option elected, relief from stay, amendments, and lien avoidance maybe subject to representation upon direction by client for which, hourly fees assessed.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **March 13, 2006**

**/s/ John C. Renzi -**
**John C. Renzi - #03124627**
**JUNE, PRODEHL & RENZI - #03124627**
**1861 Black Road**
**Joliet, IL 60435**
**(815) 725-8000  Fax: (815)725-6126**

# United States Bankruptcy Court
## Northern District of Illinois

In re   **KER Supply Co., Inc.** _____   Case No. _____

                                    Debtor(s)       Chapter   **7** _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **107**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **March 13, 2006** _____        **/s/ J. Rodney Saddler** _____

                                    **J. Rodney Saddler**/**Owner/President**
                                    Signer/Title

Aargus Plastics, Inc.
540 Allendale Drive
Wheeling, IL 60090


Acme Packaging Systems
19 W. 751 101st Street
Lemont, IL 60439


Activant Solutions


Activant Solutions, Inc.
19 West College Ave.
Yardley, PA 19064


ADP


Air Filter Engineers, Inc.
901 Elizabeth St.
Elgin, IL 60120


Allied Waste Services
P.O. Box 9001154
Louisville, KY 40290-1154


American Express
P.O. Box 360002
Fort Lauderdal, FL 33336-0002


Anatoli Beliak
2030 Lancaster Lane
Apt. 2d
Wheaton, IL 60187


Anthony Romano


Bank of America
P.O. Box 1070
Newark, NJ 07101-1070

Bank of the West
P.O. Box 4002
Concord, CA 94524-4002


Battery Services Corp.
Attn: Ray
410S. Evergreen Street
Bensenville, IL 60106


Bill Jacobs Joliet, L.L.C.
2001 W. Jefferson St.
Joliet, IL 60435


Bio Star Films, L.L.C.
P.O. Box 2507
Bridgeview, IL 60455


Blakeman's
1760 Gilsinn Lane
Fenton, MO 63026


BN Cardz, Inc.
1205 Ashford Lane
Joliet, IL 60431


Bobrick Washroom Eq. Inc.
Rolfe Sanders
9933 Lauder
Skokie, IL 60077


Canberra Corporation
3610 Holland Corporation
Toledo, OH 43615


Capital One F.S.B.
Remittance Processing
P.O. Box 34631
Seattle, WA 98124


Carnow & Associates, Ltd.
778 Frontage Rd.
Suite 101
Northfield, IL 60093

Champion Packaging
1840 International Pkwy.
Woodridge, IL 60517


Chase Card Services
P.O. Box 8650
Wilmington, DE 19899-8650


Chem-Master
Attn: Karl Kubon
715 Estes Ave.
Schaumburg, IL 60193


Cingular Wireless


City of Joliet
150 W. Jefferson
Joliet, IL 60432


Claire Manufacturing Co.
1005 Westgate Dr.
Addison, IL 60101


Com Ed
Bill Payment Center
Chicago, IL 60668-0001


Combined Machine Sales & Service In
707 E. Murry St.
Indianapolis, IN 46227


Complete Salt Service, Inc.
6912 Main St.
Ste. 214
Downers Grove, IL 60516


CPC
P.O. Box 667770
Pompano Beach, FL 33066-7770


CPI Plastics Mid America
10680 88th Ave.
Pleasant Prairie, WI 53158

Crown Chemicals, Inc.
4701 W. 136th St.
Crestwood, IL 60445


Daniel J. Hare
1453 Sterling Ave.
Joliet, IL 60432


DRI-RITE Co., Inc.
13636 Western Ave.
Blue Island, IL 60406


EC Grow
Damon Express
1420 Thorndale
Elk Grove Village, IL 60007


EDIC
1753 Blake Ave.
Los Angeles, CA 90031-1006


Euroclean
Team One Sales
1325 Wiley Road, Ste. 165
Schaumburg, IL 60173-4368


Ex-Cell
Attn: Barb Team One
11240 Melrose St.
Franklin Park, IL 60131-1340


Exxon/Mobil
P.O. Box 4575
Carol Stream, IL 60197-4575


Federal International Chemical
Valspar Corporation
2841 S. Ashland Ave.
Chicago, IL 60608-5397


Finkle Supply, Inc.
Attn: Pat
1285 Hamilton Parkway
Itasca, IL 60143

Flo-Pac Corp. Midwest Division
918 N.Third St.
Minneapolis, MN 55401


Fort Dearborn Life
36548 Eagle Way
Chicago, IL 60678-1365


Fox Valley Containers, Inc.
835 Commerce Pkwy.
Carpentersville, IL 60110


Frantz Company
12314 W. Silver Spring Dr.
Milwaukee, WI 53225


Glaro, Inc.
735 Old Willets Path
Hauppauge, NY 11788


Graco Manufacturing Co.
One T & G Way
Blackwood, NJ 08012


Great Bank of Algonquin
234 S. Randall Rd.
Algonquin, IL 60102


H & S Mfg. Inc.
P.O. Box B
Williston, ND 58801


Helen M. Browning
1619 Richmond Circle
#107
Joliet, IL 60435


Hinsdale Bank & Trust Company
25 E.First St.
Hinsdale, IL 60521


Illinois Dept. of Employment Securi
Benefit Repayments
P.O. Box 19286
Springfield, IL 62794

Illinois Dept. of Revenue
Banruptcy Section
P.O. Box 64338
Chicago, IL 60664


Impact Produts, Inc.
2840 Centinnial Rd.
Toledo, OH 43617


Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114


J. Merle Jones
103 S. Larkin Ave.
Joliet, IL 60436


J. Rodney Saddler
Crest Hill, IL 60435


J. Rooney Saddler
1301 Rock Run Dr.
Apt. 103
Crest Hill, IL 60435


James C. Giggleman
555 Roseanne Ln.
Lockport, IL 60441


Judith M. Ulrich
1773 Zepplin Dr.
Hanover Park, IL 60133


JUNE, PRODEHL & RENZI, LLC
1861 Black Road
Joliet, IL 60435


Kenneth L. Schuttler
c/o Steven P. Troy
5 E. Van Buren St., Ste. 306
Joliet, IL 60432

Key Tech Corporation
20508 56th Ave. West
Suite A
Lynnwood, WA 98036


Kutol, Inc.
305 Canal St.
Lemont, IL 60439


Manifest Funding Services
P.O. Box 790448
Saint Louis, MO 63179-9048


Mark Feil
826 Holiday Dr.
Sandwich, IL 60458


Maytag Services, LLC.
P.O. Box 95906
Chicago, IL 60694-5906


Midwest Ind. Lightening Inc.
919 W. 38th St.
Chicago, IL 60609


Montana Investors
Joliet, IL 60435


Navistar Leasing
P.O. Box 98454
Chicago, IL 60693


Nicor Gas
Attn: Bankruptcy & Collections
P.O. Box 549
Aurora, IL 60507


Nuance Solutions
900 E. 103rd Street
Ste. D
Chicago, IL 60628

NYCO Products Co.
Attn: Customer Service
5332 Dansher Rd.
La Grange, IL 60525


Ossian, Inc.
635 S. Elmwood Ave.
Davenport, IA 52808


Palmer Packaging, Inc.
423 Grace Street
Addison, IL 60101


Papercraft Inc.
Bunzel Chicago
1533 Davey Rd.
Woodridge, IL 60517


Pitney Bowes Inc.
P.O. Box 85390
Louisville, KY 40285-5390


Producers Chemical Co.
Attn: Brian
1355 S. River Rd.
Batavia, IL 60510


RAMROD Distributions
310 Beinoris Dr.
Wood Dale, IL 60191


Rathburn, Cservanyck & Kozol


Rendels Inc.
139 E. VanBuren St.
Joliet, IL 60432


Saalfield Redistribution


Sandra K. Cooper
215 Henry
Manhattan, IL 60442

Sanfacon Industries


SBC
Attn: Bankruptcy Desk
P.O. Box 769
Arlington, TX 76004-0769


Scott G. Heiland
647 Barber Lane
Joliet, IL 60435


See above


Smith Lee
537 Pitch St.
Oneida, NY 13421


Special Vendor


Specialmade R.M. Parts
141 Marcel Dr.
Winchester, VA 22602


SpillTec
Attn: Angie
1627 O'Donoghue Street
Mobile, AL 36615


Stearns Packaging Corp.
P.O. Box 3216
Madison, WI 53704


Tacony Corporation
3243 S. Jones St.
Fort Worth, TX 76110


Tape Products Co.
1401 Davey Rd.
Woodridge, IL 60517

The Vac Shop Incorporated
7514 West Belmont Ave.
Chicago, IL 60634


Thorne Electric Co.
P.O. Box 18363
San Antonio, TX 78218


Tolco Corporation
1920 Linwood Ave.
Toledo, OH 43624


Tornado Corporation
7401 W. Lawrence Ave.
Chicago, IL 60604


TXF Products, Inc.
Team 1 Sales
1325 Wiley Rd, Ste. 165
Schaumburg, IL 60173


Unger Enterprises
1325 Wiley Rd.
Suite 165
Schaumburg, IL 60173


Vend-Rite Manufacturing
6029 W. 31st Street
Cicero, IL 60804


Village of Addison
One Friendship Plaza
Addison, IL 60101-2786


Viper
P.O. Box 104
Hamilton, MI 49419


Voss Equipment Inc.
15241 S. Commercial Ave.
Harvey, IL 60426


Waste Managment of Illinois Sewer
2100 Moen Ave.
Rockdale, IL 60436

```
Worldwide Marketing Association
864 Groton Lane
Bartlett, IL 60103
```

# United States Bankruptcy Court
## Northern District of Illinois

In re **KER Supply Co., Inc.**

Case No. _____

Debtor(s)

Chapter **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **KER Supply Co., Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 13, 2006**

Date

**/s/ John C. Renzi -**

**John C. Renzi - #03124627**

Signature of Attorney or Litigant

Counsel for **KER Supply Co., Inc.**

**JUNE, PRODEHL & RENZI - #03124627**

**1861 Black Road**

**Joliet, IL 60435**

**(815) 725-8000 Fax:(815)725-6126**