IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| KER SUPPLY CO., INC. | ) | |
| RODKEN, INC. | ) | CASE NO. 06-02418 BB |
| | ) | |
| | ) | JUDGE BRUCE BLACK |
| Debtor | ) | |

## PROPOSED DISTRIBUTION REPORT

I, DEBORAH K. EBNER, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Secured Claims | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 41,997.99 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 20,631.41 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 104,037.44 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 33,113.30 |
| TOTAL AMOUNT TO BE DISTRIBUTED: | $ 199,780.14 |

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| Secured Claims | | $10,360.78 | 100.00% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
| SECURED | Bank of the West | 10,360.78 | 0.00 |

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a) & (B) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $74,603.40 | 100.00% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
| | Corporation service company | 214.00 | 0.00 |
| | Charles Sharpe | 3,000.00 | 0.00 |
| | Donald Dodge, *Trustee Auctioneer Expenses* | 8,369.59 | 0.00 |
| | Deborah K. Ebner, Trustee, *Trustee Compensation* | 15,388.31 | 15,388.31 |
| | Popowcer Katten, Ltd., *Trustee's Accountants Fees (Other Firm)* | 3,511.50 | 3,511.50 |
| | Law Office of Deborah K. Ebner, *Trustee's Attorneys (Trustee Firm) Fees* | 21,979.50 | 21,979.50 |
| | Law Office of Deborah K. Ebner, *Trustee's Attorneys (Trustee Firm) Expenses* | 1,118.68 | 1,118.68 |
| 36 | BUNZL Distribution USA Inc (ADMINISTRATIVE) | 20,650.00 | 0.00 |
| | Interstate Wrapping Products | 371.82 | 0.00 |

EXHIBIT D

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | | $20,631.41 | 100.00% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
| | Internal Revenue Service | 299.15 | 299.15 |
| | Internal Revenue Service--FICA | 1,279.14 | 1,279.14 |
| | Illinois Dept. of Revenue | 618.94 | 618.94 |
| | Internal Revenue Service--FICA | 5,157.85 | 5,157.85 |
| 23 | Sandra K. Cooper | 1,897.72 | 1,897.72 |
| 40[1] | Judith M. Ulrich | 1,029.60 | 1,029.60 |
| 26 | James C. Giggleman | 1,210.43 | 1,210.43 |

---

[1] Amends claim 25

**EXHIBIT D**

| | | | |
|---|---|---:|---:|
| 28A | J. Rodney Saddler | 6,435.00 | 6,435.00 |
| 31 | Scott G. Heiland | 1,998.19 | 1,998.19 |
| 33A | Mark Feil | 705.39 | 705.39 |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| | §507(a)(4) - Contributions to Employee Benefit Funds | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| | §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| | 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| | 507(a)(7) - Alimony | $0.00 | 0.00% |

EXHIBIT D

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 10. | §724(b) - Tax Liens | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 11. | §507(a)(8) - Tax claims excluding fines and penalties | $104,037.44 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
|  | Internal Revenue Service--FICA | 1,578.29 | 1,578.29 |
| 14 | Illinois Department of Revenue | 101,972.00 | 101,972.00 |
| 35 | Department of the Treasury-Internal Revenue Service | 487.15 | 487.15 |

| | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 12. | §507(a)(9) - Capital Commitments to FDIC, et al. | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 13. | | | |

EXHIBIT D

§726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full)   $1,015,226.31   3.26%

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---:|---:|
| 1 | Kenneth L. Schuttler | 139,713.43 | 4,556.99 |
| 2 | The Vac Shop Incorporated | 2,487.77 | 81.14 |
| 3 | Tornado Corporation | 4,857.88 | 158.45 |
| 4 | NYCO Products Co. | 3,302.04 | 107.70 |
| 5 | Frantz Company | 1,056.46 | 34.46 |
| 6 | Aargus Plastics, Inc. | 5,058.20 | 164.98 |
| 7 | Combined Machine Sales & Service In | 230.20 | 7.51 |
| 8 | Complete Salt Service, Inc. | 1,027.80 | 33.52 |
| 9 | SpillTec | 2,305.20 | 75.19 |
| 10 | Village of Addison | 17.17 | 0.56 |
| 12 | Pitney Bowes Inc | 1,492.68 | 48.69 |
| 13 | Battery Services Corp. | 4,415.32 | 144.01 |
| 14B | Illinois Department of Revenue | 12,908.00 | 421.02 |
| 15 | Ossian, Inc. | 5,865.30 | 191.31 |
| 16 | Tape Products Co. | 243.36 | 7.94 |
| 17 | American Express | 19,498.92 | 635.99 |
| 18 | Bill Jacobs Joliet, L.L.C. | 1,631.88 | 53.23 |
| 19 | Bio Star Films LLC | 847.50 | 27.64 |
| 20 | CPI Plastics Group | 24,404.40 | 795.99 |
| 21 | Voss Equipment Inc. | 1,745.23 | 56.92 |
| 22 | H & S Mfg. Inc. | 126.87 | 4.14 |
| 24 | Battery Services Corp | 4,415.32 | 144.01 |
| 27 | J. Rodney Saddler | 461,160.97 | 15,041.53 |

**EXHIBIT D**

| 28 | J. Rodney Saddler | 96,495.32 | 3,147.36 |
| 29 | J. Rodney Saddler | 106,943.00 | 3,488.12 |
| 30 | Waste Managment | 115.43 | 3.76 |
| 32 | Fox Valley Containers, Inc. | 828.44 | 27.02 |
| 33 | Mark Feil | 67,568.79 | 2,203.87 |
| 34 | EDIC | 365.40 | 11.92 |
| 37 | Hinsdale Bank & Trust Company | 401.74 | 13.10 |
| 38 | Bunzl Distribution Midcentral Inc dba Bunzl Chicag | 43,696.29 | 1,425.23 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | Subordinated unsecured claims | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(3) - Late unsecured claims | $46,948.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| 39 | Capital One F S B   History | 46,948.00 | 0.00 |

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(4) - Fines/penalties | $0.00 | 0.00% |

EXHIBIT D

| CLAIM NUMBER | CREDITORS | | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|---|

| 18. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(6) - Surplus to Debtor | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|---|

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | AND ADDRESS | AMOUNT OF CLAIM | /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Admin Ch. 7 | | Bunzl Distribution USA<br>c/o Daniel Lett, General Cousel<br>701 Emerson Road Suite 500<br>St Louis, MO  63141 | $0.00 | Disallowed |
| Unsecured | 11 | Pitney Bowes Inc<br>27 Waterview Drive<br>Shelton, CT  06484 | $0.00 | Withdrawn |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

Dated:   June 29, 2007                                   Ss// Deborah K. Ebner
                                                                              DEBORAH K. EBNER, Trustee

**EXHIBIT D**