**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CHAPTER 7 CASE** |
| **KER SUPPLY CO., INC.** | ) | |
| **RODKEN, INC.** | ) | **CASE NO. 06-02418 BB** |
| | ) | |
| | ) | **JUDGE BRUCE BLACK** |
| **Debtor** | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor, Creditors, and other Parties in Interest:

1.  NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held.

    At:  **WILL COUNTY COURT ANNEX BUILDING
    57 NORTH OTTAWA STREET, ROOM 201, JOLIET, IL. 60432**

    On:  **SEPTEMBER 14, 2007**

    At:  **9:15 A.M.**

2.  The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.  The Trustee's Final Report shows total:

    a. Receipts                                $       242,888.82

    b. Disbursements                           $        43,108.68

    c. Net Cash Available for Distribution     $       199,780.14

4.  Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| CT Corporation, *Misc. Administrative Claim* | $ 214.00 | $ | $ 0.00 |
| Charles Sharpe, *Misc. Administrative Claim* | $ 3,000.00 | $ | $ 0.00 |
| Don Dodge, *Trustee's Auctioneer Expenses* | $ 8,369.59 | $ | $ 0.00 |

| Claimant | | | |
|---|---|---|---|
| Deborah K. Ebner, Trustee, *Trustee Compensation* | $ 0.00 | $ 15,388.31 | $ |
| Popowcer Katten, Ltd., *Trustee's Accountants* | $ 0.00 | $ 3,511.50 | $ |
| Law Office of Deborah K. Ebner, *Trustee's Attorneys (Trustee Firm) Fees and Expenses* | $ 0.00 | $ 21,979.50 | $ 1,118.68 |
| BUNZL Distribution USA Inc, *Misc. Administrative Claim* | $ 20,650.00 | $ | $ 0.00 |
| Interstate Wrapping Products, *Misc. Administrative Claim* | $ 371.82 | | |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $124,668.85 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 100.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 14 | Illinois Department of Revenue | $ 101,972.00 | $ 101,972.00 |
| 23 | Sandra K. Cooper | $ 2,949.05 | $ 2,949.05 |
| 40[1] | Judith M. Ulrich | $ 1,600.00 | $ 1,600.00 |
| 26 | James C. Giggleman | $ 1,881.00 | $ 1,881.00 |
| 28A | J. Rodney Saddler | $ 10,000.00 | $ 10,000.00 |
| 31 | Scott G. Heiland | $ 3,105.20 | $ 3,105.20 |
| 33A | Mark Feil | $ 1,096.16 | $ 1,096.16 |
| 35 | Department of the Treasury-Internal Revenue Service | $ 487.15 | $ 487.15 |

6. Claims of general unsecured creditors totaling $1,015,226.31, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 3.26%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Kenneth L. Schuttler | $ 139,713.43 | $ 4,556.99 |
| 2 | The Vac Shop Incorporated | $ 2,487.77 | $ 81.14 |
| 3 | Tornado Corporation | $ 4,857.88 | $ 158.45 |
| 4 | NYCO Products Co. | $ 3,302.04 | $ 107.70 |
| 5 | Frantz Company | $ 1,056.46 | $ 34.46 |
| 6 | Aargus Plastics, Inc. | $ 5,058.20 | $ 164.98 |
| 7 | Combined Machine Sales & Service In | $ 230.20 | $ 7.51 |
| 8 | Complete Salt Service, Inc. | $ 1,027.80 | $ 33.52 |
| 9 | SpillTec | $ 2,305.20 | $ 75.19 |
| 10 | Village of Addison | $ 17.17 | $ 0.56 |
| 12 | Pitney Bowes Inc | $ 1,492.68 | $ 48.69 |
| 13 | Battery Services Corp. | $ 4,415.32 | $ 144.01 |

---

[1] Amends claim 25

| | | | |
|---|---|---|---|
| 14B | Illinois Department of Revenue | $ 12,908.00 | $ 421.02 |
| 15 | Ossian, Inc. | $ 5,865.30 | $ 191.31 |
| 16 | Tape Products Co. | $ 243.36 | $ 7.94 |
| 17 | American Express | $ 19,498.92 | $ 635.99 |
| 18 | Bill Jacobs Joliet, L.L.C. | $ 1,631.88 | $ 53.23 |
| 19 | Bio Star Films LLC | $ 847.50 | $ 27.64 |
| 20 | CPI Plastics Group | $ 24,404.40 | $ 795.99 |
| 21 | Voss Equipment Inc. | $ 1,745.23 | $ 56.92 |
| 22 | H & S Mfg. Inc. | $ 126.87 | $ 4.14 |
| 24 | Battery Services Corp | $ 4,415.32 | $ 144.01 |
| 27 | J. Rodney Saddler | $ 461,160.97 | $ 15,041.53 |
| 28 | J. Rodney Saddler | $ 96,495.32 | $ 3,147.36 |
| 29 | J. Rodney Saddler | $ 106,943.00 | $ 3,488.12 |
| 30 | Waste Managment | $ 115.43 | $ 3.76 |
| 32 | Fox Valley Containers, Inc. | $ 828.44 | $ 27.02 |
| 33 | Mark Feil | $ 67,568.79 | $ 2,203.87 |
| 34 | EDIC | $ 365.40 | $ 11.92 |
| 37 | Hinsdale Bank & Trust Company | $ 401.74 | $ 13.10 |
| 38 | Bunzl Distribution Midcentral Inc dba Bunzl Chicag | $ 43,696.29 | $ 1,425.23 |
| 39 | Capital One FSB | $ 0.00 | $ 0.00 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has not been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

Dated:    **AUGUST 15, 2007**              For the Court,

By:    **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL 60604

**BAE SYSTEMS**
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: sward                 Page 1 of 3                  Date Rcvd: Aug 15, 2007
Case: 06-02418                 Form ID: pdf002             Total Served: 112

The following entities were served by first class mail on Aug 17, 2007.
db          +Ker Supply Co Inc,    1301 Rock Run Dr,    Apt  103,    Joliet, IL 60403-1781
aty         +Christopher H Purcell,    Sherman & Sherman,    120 S LaSalle St,    Suite 1460,
              Chicago, IL 60603-3575
aty         +Connie J Lambert,    Law Office of Deborah K. Ebner,    11 East Adams St. - Suite 800,
              Chicago, IL 60603-6324
aty         +Donald L. Newman,    Donald L. Newman & Associates,    11 South LaSalle Street,    Suite 1500,
              Chicago, IL 60603-1224
aty         +John C Renzi,    June Prodehl & Renzi LLC,    1861 Black Road,    Joliet, IL 60435-3420
tr          +Deborah Kanner Ebner,    11 E Adams St,    Suite 800,    Chicago, IL 60603-6324
cr          +Navistar Financial Corporation,    425 N. Martingale Road,    Suite 1800,
              Schaumburg, IL 60173-2216
10639839    +Aargus Plastics, Inc.,    540 Allendale Drive,    Wheeling, IL 60090-2603
10639840    +Acme Packaging Systems,    19 W. 751 101st Street,    Lemont, IL 60439-9668
10639842    +Activant Solutions, Inc.,    19 West College Ave.,    Yardley, PA 19067-1516
10639844    +Air Filter Engineers, Inc.,    901 Elizabeth St.,    Elgin, IL 60120-8417
10639845    +Allied Waste Services,    P.O. Box 9001154,    Louisville, KY 40290-1154
10698798     American Express,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
10639846     American Express,    P.O. Box 360002,    Fort Lauderdal, FL 33336-0002
10639847    +Anatoli Beliak,    2030 Lancaster Lane,    Apt. 2d,    Wheaton, IL 60187-8561
10639855    +BN Cardz, Inc.,    1205 Ashford Lane,    Joliet, IL 60431-8685
10788135    +BUNZL Distribution USA Inc,    701 Emerson Road - Ste 500,    St. Louis, MO 63141-6754
10639849     Bank of America,    P.O. Box 1070,    Newark, NJ 07101-1070
10722861     Battery Services Corp,    Attn Ray,    4108 Evergren Street,    Bensenville, IL 60106
10639851    +Battery Services Corp.,    P O BOX 1247,    Northbrook IL 60065-1247
10639852    +Bill Jacobs Joliet, L.L.C.,    2001 W. Jefferson St.,    Joliet, IL 60435-8123
10714367    +Bio Star Films LLC,    4848 S Hoyne Ave,    Chicago, IL 60609-4028
10639853    +Bio Star Films, L.L.C.,    P.O. Box 2507,    Bridgeview, IL 60455-6507
10639854    +Blakeman's,    1760 Gilsinn Lane,    Fenton, MO 63026-2004
10639856     Bobrick Washroom Eq. Inc.,    Rolfe Sanders,    9933 Lauder,    Skokie, IL 60077
10803354    +Bunzl Distribution Midcentral Inc dba Bunzl Chicag,    701 Emerson Road Ste 500,
              St Louis, MO 63141-6754
10639869     CPC,    P.O. Box 667770,    Pompano Beach, FL 33066-7770
10639870     CPI Plastics Group,    151 Courtney Park Drive West,    Missisauga, Ontario Canada L5W 1Y5
10639857     Canberra Corporation,    3610 Holland Corporation,    Toledo, OH 43615
10639858    +Capital One F S B,    10800 Nuckols Rd,    Zip-12018-0180,    Glen Allen, VA 23060-6207
10639859    +Carnow & Associates, Ltd.,    778 Frontage Rd.,    Suite 101,    Northfield, IL 60093-1209
10639860    +Champion Packaging,    1840 International Pkwy.,    Woodridge, IL 60517-4944
10639861     Chase Card Services,    P.O. Box 8650,    Wilmington, DE 19899-8650
10639862    +Chem-Master,    Attn: Karl Kubon,    715 Estes Ave.,    Schaumburg, IL 60193-4404
10639864    +City of Joliet,    150 W. Jefferson,    Joliet, IL 60432-4158
10639865    +Claire Manufacturing Co.,    1005 Westgate Dr.,    Addison, IL 60101-5021
10639867    +Combined Machine Sales & Service In,    707 E. Murry St.,    Indianapolis, IN 46227-1169
10639868    +Complete Salt Service, Inc.,    6912 Main St.,    Ste. 214,    Downers Grove, IL 60516-3450
10639871    +Crown Chemicals, Inc.,    4701 W. 136th St.,    Crestwood, IL 60445-1968
10639873    +DRI-RITE Co., Inc.,    13636 Western Ave.,    Blue Island, IL 60406-3277
10639872    +Daniel J. Hare,    1453 Sterling Ave.,    Joliet, IL 60432-2668
10639874    +EC Grow,    Damon Express,    1420 Thorndale,    Elk Grove Village, IL 60007-6751
10639875     EDIC,    1753 Blake Ave.,    Los Angeles, CA 90031-1006
10639876    +Euroclean,    Team One Sales,    1325 Wiley Road, Ste. 165,    Schaumburg, IL 60173-4355
10639877    +Ex-Cell,    Attn: Barb Team One,    11240 Melrose St.,    Franklin Park, IL 60131-1332
10639878     Exxon/Mobil,    P.O. Box 4575,    Carol Stream, IL 60197-4575
10639879    +Federal International Chemical,    Valspar Corporation,    2841 S. Ashland Ave.,
              Chicago, IL 60608-5322
10639880    +Finkle Supply, Inc.,    Attn: Pat,    1285 Hamilton Parkway,    Itasca, IL 60143-1150
10639881    +Flo-Pac Corp. Midwest Division,    918 N.Third St.,    Minneapolis, MN 55401-1007
10639882    +Fort Dearborn Life,    36548 Eagle Way,    Chicago, IL 60678-0001
10639883    +Fox Valley Containers, Inc.,    835 Commerce Pkwy.,    Carpentersville, IL 60110-1721
10639884    +Frantz Company,    12314 W. Silver Spring Dr.,    Milwaukee, WI 53225-2918
10639885   ++++GLARO, INC.,    735 OLD WILLETS PATH,    HAUPPAUGE NY 11788-4101
             (address filed with court: Glaro, Inc.,    735 Old Willets Path,    Hauppauge, NY 11788)
10639886     Graco Manufacturing Co.,    One T & G Way,    Blackwood, NJ 08012
10639887    +Great Bank of Algonquin,    234 S. Randall Rd.,    Algonquin, IL 60102-9706
10639888    +H & S Mfg. Inc.,    727 East Broadway,    Williston, ND 58801-6105
10639889    +Helen M. Browning,    1619 Richmond Circle,    #107,    Joliet, IL 60435-6705
10639890    +Hinsdale Bank & Trust Company,    25 E.First St.,    Hinsdale, IL 60521-4119
10639894   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
              Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
10695991    +Illinois Department of Revenue,    Bankruptcy Section,    100 West Randolph Street,
              Chicago, Illinois 60601-3218
10639891    +Illinois Dept. of Employment Securi,    Benefit Repayments,    P.O. Box 19286,
              Springfield, IL 62794-9286
10639892    +Illinois Dept. of Revenue,    Banruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
10639893    +Impact Produts, Inc.,    2840 Centinnial Rd.,    Toledo, OH 43617-1898
10639895    +J. Merle Jones,    103 S. Larkin Ave.,    Joliet, IL 60436-1298
10639896     J. Rodney Saddler,    Crest Hill, IL 60435
10639897    +J. Rooney Saddler,    1301 Rock Run Dr.,    Apt. 103,    Crest Hill, IL 60403-1781
10639900    +JUNE, PRODEHL & RENZI, LLC,    1861 Black Road,    Joliet, IL 60435-3420
10639898    +James C. Giggleman,    1018 Shagbark Rd,    New Lenox IL 60451-2480
10639899    +Judith M. Ulrich,    1773 Zepplin Dr.,    Hanover Park, IL 60133-5929
10639901    +Kenneth L. Schuttler,    c/o Steven P. Troy,    5 E. Van Buren St., Ste. 306,
              Joliet, IL 60432-4225
```

```
District/off: 0752-1          User: sward                Page 2 of 3                  Date Rcvd: Aug 15, 2007
Case: 06-02418                Form ID: pdf002            Total Served: 112

10639902     +Key Tech Corporation,    20508 56th Ave. West,    Suite A,    Lynnwood, WA 98036-7650
10639903     +Kutol, Inc.,    305 Canal St.,    Lemont, IL 60439-3603
10639904     +Manifest Funding Services,    P.O. Box 790448,    Saint Louis, MO 63179-0448
10639905     +Mark Feil,    826 Holiday Dr.,    Sandwich, IL 60548-9247
10639906      Maytag Services, LLC.,    P.O. Box 95906,    Chicago, IL 60694-5906
10639907     +Midwest Ind. Lightening Inc.,    919 W. 38th St.,    Chicago, IL 60609-1491
10639908      Montana Investors,    Joliet, IL 60435
10639912     +NYCO Products Co.,    Attn: Customer Service,    5332 Dansher Rd.,    Countryside, IL 60525-3124
10639909     +Navistar Leasing,    P.O. Box 98454,    Chicago, IL 60693-0001
10639911     +Nuance Solutions,    900 E. 103rd Street,    Ste. D,    Chicago, IL 60628-3091
10639913     +Ossian, Inc.,    635 S. Elmwood Ave.,    Davenport, IA 52802-2129
10639916   ++++PITNEY BOWES INC.,    PO BOX 856390,    LOUISVILLE KY    40285-6390
              (address filed with court: Pitney Bowes Inc.,    P.O. Box 85390,    Louisville, KY 40285-5390)
10639914     +Palmer Packaging, Inc.,    423 Grace Street,    Addison, IL 60101-4306
10639915     +Papercraft Inc.,    Bunzel Chicago,    1533 Davey Rd.,    Woodridge, IL 60517-4940
10695547     +Pitney Bowes Inc,    27 Waterview Drive,    Shelton CT 06484-4361
10639917     +Producers Chemical Co.,    Attn: Brian,    1355 S. River Rd.,    Batavia, IL 60510-9649
10639918     +RAMROD Distributions,    310 Beinoris Dr.,    Wood Dale, IL 60191-1223
10639920     +Rendels Inc.,    139 E. VanBuren St.,    Joliet, IL 60432-4219
10639924      SBC,    Attn: Bankruptcy Desk,    P.O. Box 769,    Arlington, TX 76004-0769
10639922     +Sandra K. Cooper,    215 Henry P O BOX 587,    Manhattan, IL 60442-0587
10639925     +Scott G. Heiland,    647 Barber Lane,    Joliet, IL 60435-5141
10639927      Smith Lee,    537 Pitch St.,    Oneida, NY 13421
10639929     +Specialmade R.M. Parts,    141 Marcel Dr.,    Winchester, VA 22602-4844
10639930     +SpillTec,    Attn: Elsa,    1627 O'Donoghue Street,    Mobile, AL 36615-1314
10639931     +Stearns Packaging Corp.,    P.O. Box 3216,    Madison, WI 53704-0216
10639938     +TXF Products, Inc.,    Team 1 Sales,    1325 Wiley Rd, Ste. 165,    Schaumburg, IL 60173-4355
10639932     +Tacony Corporation,    3243 S. Jones St.,    Fort Worth, TX 76110-4310
10639933     +Tape Products Co.,    1401 Davey Rd.,    Woodridge, IL 60517-5044
10639934     +The Vac Shop Incorporated,    7514 West Belmont Ave.,    Chicago, IL 60634-3316
10639935     +Thorne Electric Co.,    P.O. Box 18363,    San Antonio, TX 78218-0363
10639936     +Tolco Corporation,    1920 Linwood Ave.,    Toledo, OH 43604-5293
10639937     +Tornado Corporation,    7401 W. Lawrence Ave.,    Chicago, IL 60706-3411
10639939     +Unger Enterprises,    1325 Wiley Rd.,    Suite 165,    Schaumburg, IL 60173-4355
10639940     +Vend-Rite Manufacturing,    6029 W. 31st Street,    Cicero, IL 60804-3707
10639941      Village of Addison,    One Friendship Plaza,    Addison, IL 60101-2786
10639942     +Viper,    P.O. Box 104,    Hamilton, MI 49419-0104
10639943     +Voss Equipment Inc.,    15241 S. Commercial Ave.,    Harvey, IL 60426-2396
10639944     +Waste Managment,    Waste Management RMC,    2421 W Peoria Ave Suite 110,    Phoenix AZ 85029-4942
10639945     +Worldwide Marketing Association,    864 Groton Lane,    Bartlett, IL 60103-1621
The following entities were served by electronic transmission on Aug 16, 2007.
10639850      E-mail/PDF: bknotices@bankofthewest.com Aug 16 2007 04:18:04      Bank of the West,
               P.O. Box 4002,    Concord, CA 94524-4002
10639866      E-mail/Text: elizabeth.soehren-jones@exeloncorp.com                           Com Ed,
               Bill Payment Center,    Chicago, IL 60668-0001
10639910     +E-mail/Text: bankrup@nicor.com                           Nicor Gas,
               Attn: Bankruptcy & Collections,    P.O. Box 549,    Aurora, IL 60507-0549
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Deborah K Ebner
auc            Donald Dodge
acc            Lois West
10639843       ADP
10639841       Activant Solutions
10639848       Anthony Romano
10639863       Cingular Wireless
10639919       Rathburn, Cservanyck & Kozol
10639921       Saalfield Redistribution
10639923       Sanfacon Industries
10639926       See above
10639928       Special Vendor
cr*           +Hinsdale Bank & Trust Company,    25 E. First St.,    Hinsdale, IL 60521-4119
cr*           +Pitney Bowes Inc,    27 Waterview Drive,    Shelton, CT 06484-4361
10803360*     +Bunzl Distribution Midcentral Inc dba Bunzl Chicag,    701 Emerson Road Ste 500,
               St Louis, MO 63141-6754
10784400*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
                                                                                         TOTALS: 12, * 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

```
District/off: 0752-1           User: sward              Page 3 of 3              Date Rcvd: Aug 15, 2007
Case: 06-02418                 Form ID: pdf002          Total Served: 112

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 17, 2007**                    **Signature:**    *Joseph Speetjens*