# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |
|---|---|
| IN RE: ) | |
| Ker Supply Co., Inc. ) | Bankruptcy No. 06 B 02418 |
| ) | Chapter 7 |
| ) | |
| Debtor ) | Judge Bruce W. Black (Joliet) |

## RESPONSE TO TRUSTEE'S FINAL REPORT

NOW COMES Thomas B. Sullivan, Trustee in Bankruptcy of Joseph Rodney Saddler, No. 06 B 03323, by and through his attorneys, Grochocinski, Grochocinski & Lloyd, Ltd., and, in response to the Trustee's Final Report, states as follows:

1. Respondent is the trustee in bankruptcy of Joseph Rodney Saddler, Case No. 06 B 03323, which was filed as a voluntary Chapter 7 bankruptcy on March 30, 2006.

2. Joseph Rodney Saddler ("Saddler") was a creditor in this bankruptcy and filed three claims, as follows:

| No. 27 | Money loaned | $461,160.97 general unsecured |
| No. 28 | Wage claim | $10,000.00 priority, $96,495.32 general unsecured |
| No. 29 | Unspecified | $106,943.00 general unsecured |

3. The Trustee succeeds to the rights of Saddler and is entitled to recover payments on the claims filed by Saddler.

4. Saddler timely and properly claimed an exemption in his bankruptcy case as to his wage claim, and is entitled to 85% of the proceeds thereof. Respondent is entitled to the remaining 15% of the wage claim.

5. The trustee in the present case has filed a final report proposing to pay the following amounts on the Saddler claims:

    No. 27                                        $15,041.53
    No. 28A (priority portion of #28)             $10,000.00
    No. 28 (general unsecured portion of #28)     $3,147.36
    No. 29                                        $3,488.12

6. Respondent is entitled to the full payment of Claims 27 and 29, and 15% of Claims 28A and 28. The 15% portion of Claim 28A is $1,500.00, and the 15% portion of Claim 28 is $472.10.

WHEREFORE Thomas B. Sullivan, Trustee in Bankruptcy of Joseph Rodney Saddler, No. 06 B 03323, prays as follows:

1. That the Trustee remit the entire payment on Claims 27 and 29 to Thomas B. Sullivan, Trustee.

2. That the Trustee remit 15% of the payment on Claim 28A, and 15% of the payment on Claim 28, to Thomas B. Sullivan, Trustee.

3. That the Trustee make distributions to Thomas B. Sullivan, Trustee, and Joseph Rodney Saddler, as follows:

|          | TBS, Trustee | Saddler    |
|----------|-------------:|-----------:|
| Claim 27 | $15,041.53   | -0-        |
| Claim 28A| $ 1,500.00   | $8,500.00  |
| Claim 28 | $   472.10   | $2,675.26  |
| Claim 29 | $ 3,488.12   | -0-        |
| TOTAL    | $20,501.75   | $11,175.26 |

        Respectfully submitted,
        Thomas B. Sullivan, Trustee
        Estate of Joseph R. Saddler, 06 B 03323

        By:___/s/ David P. Lloyd_____
           One of his attorneys

David P. Lloyd
Grochocinski & Grochocinski, Ltd.
1900 Ravinia Place
Orland Park IL  60462
(708) 226-2700
Fax:  (708) 226-9030